**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 13-cr-00240-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    **HERUBEY RIZO HERNANDEZ,**

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant Herubey Hernandez's "Motion for Deduction of Sentence Based on the halfway house, and Comp That is not given to deportable aliens" (the "Motion") (ECF No. 246).  The Motion constitutes a request to have the Court reduce Mr. Hernandez's sentence, originally imposed on January 15, 2014, based on differences in programs and privileges afforded inmates who are citizens of the United States compared to those who are aliens.  Defendant also seeks this relief to compensate for the fact that he would qualify for relief under 18 U.S.C. § 3582(c)(2) based on the U.S.S.G. Amendment 782, but for the fact that he will be released in October 2015.

The Court has reviewed the Motion and determined that it lacks a legal basis or authority to reduce Defendant's sentence in this matter.

Accordingly,

IT IS HEREBY ORDERED that the Motion is DENIED.

DATED this 6th day of January, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge